# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3051
_____

NATALIYA RENO,

Appellant,

v.

RICHARD RENO,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

July 8, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and LEWIS and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

R. Hadley Sanders, III, of Hadley Sanders, P.A., Pensacola, for Appellant.

A. Richard Troell and William Ketchersid of Ward & Ketchersid, P.A., Destin, for Appellee.